1  **ROME & ASSOCIATES, A.P.C.**
   Eugene Rome (SBN 232780)
2  erome@romeandassociates.com
   1801 Century Park East, Suite 475
3  Los Angeles, California 90067
   Telephone: (310) 282-0690
4  Facsimile: (310) 282-0691

5  Attorneys for Plaintiff SUPER-KRETE
   INTERNATIONAL, INC.

6

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SUPER-KRETE INTERNATIONAL,      CASE NO.: **CV10 1966 MMM (AGRx)**
    INC., a California corporation,
12                                  **COMPLAINT FOR:**

13               Plaintiff,         1. **TRADEMARK INFRINGEMENT**
                                       **(15 U.S.C. §1114);**
14     vs.                          2. **TRADEMARK INFRINGEMENT**
                                       **(15 U.S.C. §1125 (A));**
15  ROD SADLEIR, an individual, and 3. **TRADEMARK DILUTION, (15**
16  CONCRETE SOLUTIONS, INC., a        **U.S.C. §1125 (C));**
    California corporation,         4. **CYBERPIRACY (15**
17                                     **U.S.C.§1125(D);**
                 Defendants.        5. **COMMON LAW UNFAIR**
18                                     **COMPETITION;**
19                                  6. **INJUNCTIVE RELIEF; AND**
20                                  7. **DECLARATORY RELIEF**

21                                  **DEMAND FOR JURY TRIAL**

22

23                                  COPY

24

25

26

27

28

                              1
                          **COMPLAINT**

1    Plaintiff Super-Krete International, Inc. ("Plaintiff" or "Super-Krete"), by and

2    through its undersigned attorneys, hereby complains against defendants Rod Sadleir

3    ("Sadleir") and Concrete Solutions, Inc. ("Concrete Solutions") (collectively,

4    "Defendants"), as follows:

5    **<u>INTRODUCTION</u>**

6    1.    This is a civil action by Super-Krete against Defendants seeking an

7    injunction   and   money   damages   for   trademark   infringement,   trade   name

8    infringement, unfair competition, trademark dilution and cyberpiracy under federal,

9    state and common law in connection with Defendants' wrongful use of the

10   designation "supercrete" embodied in the domain name, <supercrete.com> (the

11   "Infringing Domain"), consisting of Super-Krete's trademark.

12   2.    Super-Krete is a California company, specializing in sale of products,

13   including cementitious, ready-mix materials, paints, overlays, water based color

14   stains and sealer, for the repair and restoration of existing concrete.  The company

15   was originally founded in the early 1980s by John Holwitz, under a different name,

16   and has since flourished into the Super-Krete of today, marketing and selling

17   superior products and services worldwide in North America, Asia, Europe, Australia

18   as well as the Pacific and Caribbean Islands.

19   3.    Super-Krete is a registered owner of the marks, "Super-Krete," "Super-

20   Crete" and "Super-Krete Products" which it has used since as early as 1985.

21   Further, Super-Krete owns and operates the domain names, <super-krete.com>,

22   <super-crete.com>, <supercrete.ca>, and <super-crete.ca>.  Super-Krete has been

23   operating its website at www.super-krete.com since 1998.

24   4.    Super-Krete has exploited the "Super-Crete" mark since 1985, by

25   marketing products under the "Super-Crete" name in the United States and abroad.

26   The Super-Krete and Super-Crete marks, and the derivatives thereof, have been in

27   continuous use by Super-Krete, for over twenty-five years.

28   5.    Defendants, attempting to unlawfully profit from Super-Krete's

1  widespread promotion, use, marketing and advertising of the Super-Krete and

2  Super-Crete marks, unlawfully adopted and, until after this lawsuit was filed,

3  registered and used the Infringing Domain to divert customers searching for Super-

4  Krete's products marketed under the "Super-Crete" mark to its own website.

5  Defendants' website, www.concretesolutions.com, offers for sale Defendant

6  Concrete Solutions' own line of "products for the resurfacing, restoration, protection

7  and beautification of existing concrete and other surfaces" in direct competition with

8  the product lines offered by Super-Krete under its marks, including the "Super-

9  Crete" mark.

10      6.    Defendants' wrongful misappropriation of the "Super-Crete" mark

11  designation and their deceptive use of variations thereof are likely to lead to

12  confusion, mistake and deception, thus infringing on Super-Krete's trademarks,

13  company name, and domain names, all of which feature "Super-Crete" as a

14  prominent component. Defendants' conduct violates federal, state and common law

15  as mentioned more fully herein. Super-Krete will suffer irreparable injury until and

16  unless Defendants' infringing conduct is enjoined by this Court.

17                    **PARTIES**

18      7.    Plaintiff Super-Krete is, and at all times relevant hereto has been, a

19  corporation organized and existing under the laws of the State of California. Super-

20  Krete maintains its principal office in the State of California and conducts business

21  throughout the United States as well as internationally.

22      8.    Super-Krete is informed and believes, and based thereon alleges, that

23  defendant Concrete Solutions is a corporation organized under the laws of the State

24  of California, with its principal place of business 3904 Riley Street, San Diego, CA

25  92110, and does business throughout the United States, including in Los Angeles,

26  California, and offers its goods and services for sale through various outlets and

27  over the internet at its active website www.concretesolutions.com. Super-Krete is

28  informed and believes, and based thereon alleges that Concrete Solutions' website

1    derives at least part of its traffic through the use of the infringing domain, the

2    Domain, for which it is the registrant.  A true and correct copy of this domain name

3    registration is attached hereto as Exhibit A.

4         9.     Super-Krete is informed and believes, and based thereon alleges, that

5    defendant Sadleir, is an individual and is the principal officer of Concrete Solutions.

6    Super-Krete is further informed and believes, and based thereon alleges that Sadleir

7    is a citizen of the State of California, residing in the County of San Diego.

8                        **JURISDICTION AND VENUE**

9         10.    This Complaint alleges trademark infringement and unfair competition

10   arising under the Lanham Act of 1946 (as amended), 15 U.S.C. §1114 and 15

11   U.S.C. §§ 1125(a), (c) and (d). This Court has subject matter jurisdiction over the

12   federal questions presented, pursuant to 15 U.S.C. § 1121 (Lanham Act), 28 U.S.C.

13   § 1331 (Federal Question) and 28 U.S.C. § 1138 (patent, trademark, copyright).

14   This Complaint also alleges violations of California law. This Court has

15   supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1338(b) and §

16   1367(a).

17        11.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because

18   a substantial part of the events giving rise to this lawsuit occurred in this district,

19   including but not limited to the improper advertisement of Concrete Solutions'

20   products under Super-Krete's mark, Defendants' improper diversion of customers

21   searching for Super-Krete marks to Concrete Solutions' website and the sales of

22   Concrete Solutions products to customers wrongfully diverted by Defendants from

23   Super-Krete in Los Angeles County.

24                        **FACTUAL BACKGROUND**

25        **A.     Super-Krete's Intellectual Property**

26        12.    Super-Krete owns federal trademark registrations for the marks "Super-

27   Crete," "Super-Krete," and "Super-Krete Products" and Design, United States

28   Trademark Registration Nos. 2,375,309, 2,377,606 and 2,589,070, used in

1    connection with the marketing and sale of various products, including concrete
2    additives and admixtures for concrete renovation, resurfacing and decorating; and
3    concrete sealer coatings, surface coatings, color stains, paints and curing agents for
4    concrete renovation, resurfacing and redecorating (collectively, the "Super-Krete
5    Marks").   Trademark Registrations are attached hereto as Exhibit B. Super-Krete
6    has used the Super-Krete Marks in commerce as early as 1985.

7         13.    With respect to the "Super-Crete" mark, Super-Krete's principal, John
8    L. Holwitz, obtained the registered trademark for the term "Super-Crete" on April
9    14, 1995, through an assignment from its previous holder, Loren Hale, which rights
10   Super-Krete has continuously exploited to date.   A true and correct copy of that
11   Assignment is attached hereto as Exhibit C.   A true and correct copy of Super-
12   Krete's promotional literature advertising its products under the Super-Crete mark is
13   attached hereto as Exhibit D.  Super-Krete has spent a substantial amount of time,
14   money and resources to promote, advertise and protect its respective marks and has
15   developed valuable goodwill and an outstanding reputation in the Super-Krete
16   Marks.

17        14.    Super-Krete promotes its products under the Super-Krete Marks in its
18   promotional literature, at trade shows and on its website.   Notably, a number of
19   other domain names owned and operated by Super-Krete corresponding to the
20   Super-Krete Marks, including the domains <super-crete.com>, <super-krete.com>,
21   <supercrete.ca> and <super-crete.ca> all "point" to the website.  A true and correct
22   copy of the www.super-krete.com home page (printed March 11, 2010) is attached
23   hereto as Exhibit E.

24        15.    Super-Krete has devoted and continues to invest considerable resources
25   and efforts to promote the Super-Krete Marks, logos and domain names in
26   connection with its concrete sealant products, related products and installation
27   services, and as a result, has developed considerable goodwill therein.

28        16.    Super-Krete Marks, logos and domain names have become an

1  invaluable asset of Super-Krete, signifying the high quality services and products
2  offered by Super-Krete.

3  **B.   Defendants' Wrongful Acts**

4  17.   Concrete Solutions' principal, Sadleir, became acquainted with Super-
5  Krete's founder, John Holwitz, in the early 1980's, while Sadleir was operating J&S
6  Asphalt Paving Stealing and Stripping Company.  Mr. Holwitz trained Sadleir and
7  his crew on the application and use of a third-party sealing products, marketed at the
8  time by Mr. Holwitz.  This limited business relationship did not mature into any
9  further dealings.  However, Super-Krete is informed and believes and based
10 thereupon alleges that Sadleir continued to monitor the business activity of Mr.
11 Holwitz and his company, Super-Krete. Indeed, Super-Krete and Concrete Solutions
12 are located less than seventeen (17) miles away from each other and are actively
13 competing in the concrete sealant market both locally, nationally and internationally.
14 Consequently, when Super-Krete developed the current version of its sealing
15 products and began marketing them under the name "Super-Crete" in 1985, Sadleir
16 was aware of the product line and the marketing activity.

17 18.   On or about March 17, 1999, and well after the "Super-Crete" mark
18 gained notoriety, Sadleir registered the Infringing Domain and pointed it to his own
19 website, offering competing products, at www.concrtesolutions.com.   Although,
20 Sadleir deactivated the link between the Domain and www.concretesolutions.com
21 during the adjudication of an arbitration before the World Intellectual Property
22 Organization ("WIPO") Arbitration and Mediation Center, he has since re-activated
23 the link and continue to capitalize on the goodwill and reputation of the Super-Krete
24 Marks, including the Super-Crete mark.   A true and correct copy of the
25 concretesolutions.com homepage currently appearing at the supercrete.com domain
26 is attached as Exhibit F hereto.

27 19.   Since discovering Defendants' illegitimate use of Super-Krete's mark,
28 Super-Krete has demanded, both orally and in writing, that Defendants transfer the

1   Infringing Domain to Super-Krete and cease and desist from any and all use thereof,
2   including by letter dated July 29, 2008, most recently so in a March 4, 2010 letter.
3   Defendants have refused to comply and, as evidenced by Exhibit F, continue to
4   operate the Infringing Domain and continue to infringe Super-Krete's trademark
5   rights.

6   **FIRST CLAIM FOR RELIEF**

7   **FEDERAL TRADEMARK INFRINGEMENT 15 U.S.C. § 1114**

8   (Against All Defendants)

9       20.    Super-Krete hereby incorporates the allegations contained in
10   paragraphs 1 through 19, inclusive, as though set forth in full.

11       21.    Defendants' use of the Infringing Domain, which embodies Super-
12   Krete's mark is and was without the permission, consent or authorization of Super-
13   Krete.

14       22.    Defendants' actions constitute infringement of the Super-Krete Marks
15   in violation of Section 32 of the Lanham Act (15 U.S.C. § 1114) and give rise to a
16   likelihood of confusion, deception and mistake among the consuming public and
17   trade as to the source, origin, sponsorship or affiliation of Defendants' business,
18   services and products.

19       23.    Upon information and belief, Defendants were aware of the Super-
20   Krete Marks and, specifically, the "Super-Crete" mark prior to their registration and
21   use in commerce of the "supercrete" designation embodied in the Infringing
22   Domain.   As such, Defendants' use thereof with knowledge of Super-Krete's
23   trademark rights renders Defendants' trademark infringement willful.

24       24.    As a direct and proximate result of Defendants' conduct, Super-Krete
25   has suffered irreparable harm to its operations, reputation and goodwill including,
26   but not limited to, damage to Super-Krete's core business of sale and installation of
27   concrete sealant products and related products.

28       25.    If Defendants are not enjoined and restrained from their use and

1   promotion of their names and marks related to the "Super-Crete" mark, Super-Krete
2   and its goodwill and reputation will continue to suffer immediate, substantial and
3   irreparable injury that cannot be adequately calculated and compensated in whole by
4   monetary damages.

5       26.    By reason of Defendants' wrongful acts, Super-Krete has been injured
6   in an amount to be determined at trial and is entitled to the remedies provided for in
7   15 U.S.C. §1116, *et seq.*

8       27.    To halt the ever-mounting injury to Super-Krete, Super-Krete hereby
9   requests that the Court issue temporary, preliminary and permanent injunctive relief,
10  restraining Defendants from further infringing or otherwise violating Super-Krete's
11  intellectual property rights as herein described.

12                        **SECOND CLAIM FOR RELIEF**
13  **FEDERAL TRADE NAME INFRINGEMENT AND FALSE DESIGNATION**
14                  **OF ORIGIN 15 U.S.C. § 1125(A)**
15                        (Against All Defendants)

16      28.    Super-Krete   hereby   incorporates   the   allegations   contained   in
17  paragraphs 1 through 27, inclusive, as though set forth in full.

18      29.    Defendants' intentional use of the Infringing Domain, which embodies,
19  Super-Krete's mark is and was without the permission, consent or authorization of
20  Super-Krete.  Defendants are engaging in the alleged use of Super-Krete's mark in
21  interstate commerce in furtherance of their unauthorized promotion, marketing and
22  sale of their services and products.

23      30.    Defendants' unauthorized use of the designation "supercrete" embodied
24  in the Infringing Domain is likely to cause confusion, mistake, or deception, in
25  violation of 15 U.S.C. §1125(a) and constitutes the sale of goods or services bearing
26  a false designation or origin. In addition, Defendants' use of the of the designation
27  "supercrete" is likely to mislead and deceive the public into believing that Super-
28  Krete either owns, endorses or otherwise sanctions the Concrete Solutions operation.

1  Defendants' infringement of Super-Krete's Marks, especially in connection with
2  services so closely related to Super-Krete's core business, dilutes and devalues
3  Super-Krete's Marks.

4      31.  Defendants' use of the designation "supercrete" embodied in the
5  Infringing Domain in connection with their promotion, marketing and sale of their
6  goods and services with knowledge of Super-Krete's trademark rights renders
7  Defendants' trademark infringement willful.

8      32.  As a direct and proximate result of Defendants' conduct, Super-Krete
9  has suffered and, unless enjoined by the Court, will continue to suffer damage to its
10  operations, reputation and goodwill including, but not limited to, damage to Super-
11  Krete's core business of sale and installation of concrete sealant products and related
12  products.

13      33.  By reason of Defendants' wrongful acts, Super-Krete has been injured
14  in an amount to be determined at trial and is entitled to the remedies provided for in
15  15 U.S.C. §1116, *et seq.*

16      34.  To halt the ever-mounting injury to Super-Krete, Super-Krete hereby
17  requests that the Court issue temporary, preliminary and permanent injunctive relief,
18  restraining Defendants from further infringing or otherwise violating Super-Krete's
19  intellectual property rights as herein described.

20  **THIRD CLAIM FOR RELIEF**

21  **TRADEMARK DILUTION 15 U.S.C. § 1125(C)**

22  (Against All Defendants)

23      35.  Super-Krete hereby incorporates the allegations contained in
24  paragraphs 1 through 34, inclusive, as though set forth in full.

25      36.  The "Super-Crete" mark is famous and distinctive in the United States
26  and abroad as that term is used in § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).
27  Super-Krete has taken reasonable steps to preserve the integrity and image of the
28  Super-Crete mark.

37.    Defendants' intentional commercial use the designation "supercrete" embodied in the Infringing Domain is likely causing and will continue to likely cause dilution of Super-Krete's famous and distinctive "Super-Crete" mark.

38.    Defendants began using the "supercrete" designation long after Super-Krete's "Super-Crete" mark became famous.

39.    Upon information and belief, Defendants' commercial use of the designation "supercrete" embodied in the Infringing Domain demonstrates Defendants' willful intent to trade on Super-Krete's reputation and to cause dilution of Plaintiff's "Super-Crete" mark.

40.    As a direct and proximate result of Defendants conduct, Super-Krete has suffered and continues to suffer irreparable injury to Super-Krete's business reputation by Defendants' dilution of the distinctive quality of Super-Krete's "Super-Crete" mark, with consequent damage to Super-Krete and the business and goodwill symbolized by said trademark, in violation of 15 U.S.C. §1125(c), for which Super-Krete has no adequate remedy at law.

41.    If Defendants are not enjoined and restrained from their use and promotion of their names and marks related to the "Super-Crete" mark, Super-Krete and its goodwill and reputation will continue to suffer immediate, substantial and irreparable injury that cannot be adequately calculated and compensated in whole by monetary damages.

42.    By reason of Defendants' wrongful acts, Super-Krete has been injured in an amount to be determined at trial and is entitled to the remedies provided for in 15 U.S.C. §1116, *et seq.*

## FOURTH CLAIM FOR RELIEF
## CYBERPIRACY 15 U.S.C. § 1125(D)

(Against All Defendants)

43.    Super-Krete hereby incorporates the allegations contained in paragraphs 1 through 42, inclusive, as though set forth in full.

44.     The "Super-Crete" mark is distinctive and is closely associated with Super-Krete's "Super-Crete" formative domain name addresses, including without limitation www.Super-Crete.com, www.supercrete.ca, www.super-crete.ca and ww.super-Krete.com.   The "Super-Crete" mark has been used by Super-Krete to market Super-Krete products under the "Super-Crete" and "Super Crete" name to customers in the United States and abroad.

45.     Defendants registered and commenced use of a nearly identical and confusingly similar domain name, the Infringing Domain, in connection with sale and installation of concrete sealant products and related products.   Defendants never did business under the name Super-Crete or Supercrete and have no intellectual property rights to these designations.

46.     Super-Krete is informed and believes and based thereupon alleges that Defendants registered and commenced use of the Infringing Domain after becoming aware of the Super-Crete mark.

47.     Defendants' actions in registering, commencing and continuing use of the Infringing Domain were done with the bad faith intent to profit from such use by trading off the goodwill that Super-Krete has accumulated in the Super-Krete family of marks, including but not limited to the Super-Crete mark.   Indeed, by e-mail dated September 23, 2007, Sadleir offered to sell the Infringing Domain to Super-Krete for $15,000.

48.     If Defendants are not enjoined and restrained from their use and promotion of the Infringing Domain, Super-Krete and its goodwill and reputation will continue to suffer immediate, substantial and irreparable injury that cannot be adequately calculated and compensated in whole by monetary damages.   Moreover, under 15 U.S.C. § 1125(d)(1)(C), Super-Krete seeks an injunction ordering Defendants and their registrar, Network Solutions, Inc., to transfer the Infringing Domain to Super-Krete.   Finally, Super-Krete seeks a permanent injunction restraining Defendants from registering any domain names containing the term

1   "supercrete" and "super-crete."

2       49.   By reason of Defendants' wrongful acts, Super-Krete has been injured

3   in an amount to be determined at trial and is entitled to the remedies provided for in

4   15 U.S.C. §1117 and 1125(d).

5               **FIFTH CLAIM FOR RELIEF**

6        **COMMON LAW UNFAIR COMPETITION**

7               (Against All Defendants)

8       50.   Super-Krete hereby incorporates the allegations contained in

9   paragraphs 1 through 49, inclusive, as though set forth in full.

10       51.   Defendants' acts as described above, including but not limited to the

11   use of the designation "supercrete" embodied in the Infringing Domain constitute

12   unfair competition and are likely to cause confusion or to cause mistake or to

13   deceive as to the origin or affiliation of the products and services sold by

14   Defendants.

15       52.   Defendants' acts, as described above, constitute likelihood of confusion

16   or misunderstanding as to the source, sponsorship, approval or certification of goods

17   or services; likelihood of confusion or misunderstanding as to the affiliation,

18   connection, or association with, or certification, by Super-Krete; representations that

19   Defendants' goods or services have sponsorship, approval, status affiliation, or

20   connection that Defendants do not have.

21       53.   As a direct and proximate cause of Defendants' conduct, Super-Krete

22   has suffered irreparable harm to the valuable "Super-Crete" mark and domain names

23   incorporating that mark. Unless Defendants are restrained from further infringement

24   of the "Super-Crete" mark and domain names, Super-Krete will continue to be

25   irreparably harmed.

26       54.   Super-Krete has no adequate remedy at law to compensate it for the

27   continued and irreparable harm it will suffer if Defendants' actions are allowed to

28   continue.

55.   By reason of Defendants' wrongful acts, Super-Krete has been injured in an amount to be determined at trial.

56.   Defendants' acts, as described above, were willful, wanton, malicious and oppressive and justify the award of exemplary and punitive damages in an amount to be determined at trial.

57.   To halt the ever-mounting injury, Super-Krete hereby requests that the Court issue temporary, preliminary and permanent injunctive relief, restraining Defendants from further infringing on Super-Krete's intellectual property rights.

**SIXTH CLAIM FOR RELIEF**

**UNFAIR COMPETITION CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.***

(Against All Defendants)

58.   Super-Krete hereby incorporates the allegations contained in paragraphs 1 through 57, inclusive, as though set forth in full.

59.   Super-Krete brings this claim on behalf of itself and on behalf of the general public, including all customers who purchased products and services from Defendants relying on false designations closely resembling the "Super-Crete" mark.

60.   Defendants' infringement of Super-Krete's intellectual property rights, as alleged herein, constitutes unlawful, unfair, unethical, oppressive and deceptive business practices under California Business & Professions Code §§ 17200, *et seq.*

61.   Defendants' conduct, as alleged herein, violates and threatens to violate consumer protection laws, including trademark laws, and the policy and spirit of such laws, and otherwise threatens or harms competition.

62.   Defendants' conduct, as alleged herein, is likely to mislead the general public and, consequently, constitutes a fraudulent business act or practice within the meaning of California Business & Professions Code §§ 17200, *et seq.*

63.   Defendants' acts of promoting, packaging, marketing or selling their goods and/or services using the "Super-Crete" mark are false and misleading and are

1  designed to deceive the members of the public into believing they are purchasing
2  Super-Crete products and/or services offered by Super-Krete, when in fact they are
3  purchasing products and/or services from its competitor Concrete Solutions, all in
4  violation of California Business & Professions Code §§ 17200, *et seq*. These acts
5  continue and will continue to deceive the public, unless enjoined.

6      64.    As a direct and proximate result of Defendants' unfair business
7  practices as alleged herein, Super-Krete is entitled to disgorgement of Defendants'
8  wrongfully obtained profits.

9      65.    Further, to halt its ever-mounting injury, Super-Krete hereby requests
10  that the Court issue temporary, preliminary and permanent injunctive relief,
11  restraining Defendants from further infringing on Super-Krete's intellectual property
12  rights under California Business & Professions Code §§ 17200, *et seq.* and §§
13  17500, *et seq.*

## SEVENTH CLAIM FOR RELIEF

### INJUNCTIVE RELIEF

(Against All Defendants)

17      66.    Super-Krete hereby incorporates the allegations contained in
18  paragraphs 1 through 65, inclusive, as though set forth in full.

19      67.    In doing the acts described herein, Defendants have irreparably harmed
20  Super-Krete by their unlawful use of the of the "supercrete" designation embodied
21  in the Infringing Domain, harming Super-Krete's goodwill, diminishing the value of
22  its intellectual property and misappropriating sales of goods and services rightfully
23  belonging to Super-Krete.

24      68.    Defendants' aforementioned use and intended use of the of the
25  "supercrete" designation embodied in the Infringing Domain that re-directs
26  consumers searching for Super-Krete's products marketed under the "Super-Crete"
27  designation is imminent and still on-going and will occur prior to a determination of
28  Super-Krete's rights to the matters detailed herein. Super-Krete is suffering and will

1   continue to suffer irreparably harm if Defendants' acts are allowed to continue.

2      69.   Super-Krete has no adequate remedy at law to compensate it for the

3   continued and irreparable harm it will suffer if Defendants' actions are allowed to

4   continue. It will be utterly impossible for Super-Krete to determine the precise

5   amount of damages that it will suffer if Defendants' aforementioned acts are not

6   restrained.

7      70.   Super-Krete therefore seeks an injunction preventing Defendants from

8   using the "Super-Crete" mark incorporated into the Infringing Domain.

9                          **EIGHTH CLAIM FOR RELIEF**

10                          **DECLARATORY RELIEF**

11                          (Against All Defendants)

12     71.   Super-Krete hereby incorporates the allegations contained in

13   paragraphs 1 through 70, inclusive, as though set forth in full.

14     72.   An actual controversy has arisen and now exists between Super-Krete

15   and Defendants concerning their respective rights and duties relating to the "Super-

16   Crete" mark, as used by Defendants in connection with the Infringing Domain.

17   Super-Krete contends that Defendants have violated its rights by using the

18   "supercrete" designation embodied in the Infringing Domain name to point users

19   browsing for Super-Krete products marketed under the "Super-Crete" mark to the

20   Defendants' website, www.concretesolutions.com, which markets and sells products

21   and services similar to the ones marketed and sold by Super-Krete. Further, Super-

22   Krete contends that Defendants are violating its rights by refusing to cease and

23   desist use of the aforementioned misappropriated intellectual property.

24     73.   Super-Krete is informed and believes that Defendants dispute the

25   contentions herein and intend to continue to act in disregard of Super-Krete's rights.

26   Super-Krete is further informed and believes, and thereon alleges, Defendants

27   contend that they are engaged in rightful use of the aforementioned mark, and the

28   Infringing Domain and that they are not violating Super-Krete's rights.

74.     Super-Krete desires a judicial determination of its rights and duties with respect to the ownership of the "Super-Crete" designation and rights in the corresponding designation, "Supercrete."

75.     A judicial declaration is necessary and appropriate at this time under the circumstances and to promote judicial efficiency. For the same reasons, Super-Krete desires a prompt resolution of the issues herein.

## PRAYER FOR RELIEF

WHEREFORE, Super-Krete prays for judgment against Defendants as follows:

### On the First Claim for Relief

1.     For Super-Krete and against Defendants Concrete Solutions and Sadleir on the first claim for violation of 15 U.S.C. § 1114 in an amount to be proven at trial;

2.     For an injunction enjoining and restraining Sadleir and Concrete Solutions, as well as its officers, directors, attorneys, and managing agents, and all those in active concert or participation with them from directly or indirectly promoting, advertising, publishing, proliferating or using Super-Krete's trademarks or any imitation thereof in any way that is likely to cause confusion with or the dilution of Super-Krete's trademarks;

3.     For all of Defendants' profits derived from the infringement of the Super-Krete Marks;

4.     For three times the amount of damages that Super-Krete has sustained as a result of Defendants' violation of 15 U.S.C. § 1114; and

5.     For costs of suit and attorneys' fees incurred herein.

### On the Second Claim for Relief

1.     For Super-Krete and against Defendants Concrete Solutions and Sadleir on the second claim for violation of 15 U.S.C. § 1125(a) in an amount to be proven at trial;

**COMPLAINT**

2.      For an injunction enjoining and restraining Sadleir and Concrete Solutions, as well as its officers, directors, attorneys, and managing agents, and all those in active concert or participation with them from directly or indirectly promoting, advertising, publishing, proliferating or using Super-Krete's trademarks or any imitation thereof in any way that is likely to cause confusion with or the dilution of Super-Krete's trademarks;

3.      For three times the amount of damages that Super-Krete has sustained as a result of Defendants' violation of 15 U.S.C. § 1125(a); and

4.      For costs of suit and attorneys' fees incurred herein.

**On the Third Claim for Relief**

1.      For Super-Krete and against Defendants Concrete Solutions and Sadleir on the third claim for violation of 15 U.S.C. § 1125(c) in an amount to be proven at trial;

2.      For an injunction ordering Defendants to cease engaging in any and all infringement of Super-Krete's trademarks;

3.      For an injunction enjoining and restraining Sadleir and Concrete Solutions, as well as its officers, directors, attorneys, and managing agents, and all those in active concert or participation with them from directly or indirectly promoting, advertising, publishing, proliferating or using Super-Krete's trademarks or any imitation thereof in any way that is likely to cause confusion with or the dilution of Super-Krete's trademarks; and

4.      For costs of suit and attorneys' fees incurred herein.

**On the Fourth Claim for Relief**

1.      For Super-Krete and against Defendants Concrete Solutions and Sadleir on the fourth claim for violation of 15 U.S.C. § 1125(d) for no less than the statutory damages of $100,000.00 per domain name pursuant to 15 U.S.C. § 1117(d);

2.      For disgorgement of profits realized as a result of the registration, trafficking and use by Defendant of the www.supercrete.com domain name, and that

1    such award be treble pursuant to 15 U.S.C. § 1117(a);

2         3.    For disgorgement of profits realized as a result of the   registration,

3    trafficking and use by Defendant of the www.supercrete.com domain name pursuant

4    to 15 U.S.C. § 1117(a);

5         4.    For attorneys fees' and costs under 15 U.S.C § 1117(a).

6         5.    For an injunction ordering the immediate transfer of the domain name

7    www.supercrete.com from Defendants and to Super-Krete; and

8         6.    For costs of suit and attorneys' fees incurred herein.

9                          **On the Fifth Claim for Relief**

10        1.    For Super-Krete and against Defendants Concrete Solutions and Sadleir

11   on the fifth claim for violation of common law unfair competition in an amount to

12   be proven at trial;

13        2.    For such damages as Super-Krete has sustained as a result of

14   Defendants' acts of common law unfair competition, in an amount to be proven at

15   trial;

16        3.    For exemplary and punitive damages in an amount to be determined at

17   trial;

18        4.    For an injunction ordering Defendants to cease engaging in any and all

19   infringement of Super-Krete's trademarks or domain names; and

20        5.    For costs of suit and attorneys' fees incurred herein.

21                          **On the Sixth Claim for Relief**

22        1.    For Super-Krete and against Defendants Concrete Solutions and Sadleir

23   on the sixth claim for relief for unfair competition in violation of California

24   Business & Professions Code §§ 17200, *et seq.*;

25        2.    For an injunction enjoining and restraining Defendants Sadleir and

26   Concrete Solutions as well as its officers, directors, attorneys, and managing agents,

27   and all those in active concert or participation with them from directly or indirectly

28   promoting, advertising, publishing, proliferating or using Super-Krete's trademarks

1   or any imitation thereof in any way that is likely to cause confusion with or the

2   dilution of Super-Krete's trademarks;

3       3.    For an order disgorging all profits gained by Defendants as a result of

4   Defendants' acts of unfair competition in violation of California Business &

5   Professions Code §§ 17200, *et seq.*; and

6       4.    For costs of suit and attorneys' fees incurred herein.

7   **On the Seventh Claim for Relief**

8       1.    For Super-Krete and against Defendants Concrete Solutions and Sadleir

9   on the seventh claim for injunctive relief;

10      2.    For an injunction enjoining and restraining Defendants Sadleir  and

11  Concrete Solutions as well as its officers, directors, attorneys, and managing agents,

12  and all those in active concert or participation with them from directly or indirectly

13  promoting, advertising, publishing, proliferating, or using in any way Super-Krete's

14  trademarks or any imitation thereof, or otherwise engaging in the infringement of

15  Super-Krete's trademarks or domain name, including but not limited to preventing

16  Defendants from using the Super-Crete mark incorporated into the Infringing

17  Domain and an order instructing Defendants, and each of them, to transfer the

18  Infringing Domain to Super-Krete; and

19      4.    For costs of suit and attorneys' fees incurred herein.

20  **On the Eighth Claim for Relief**

21      1.    For a declaration that Defendants have no rights to the Super-Crete

22  mark or any derivation thereof and no rights to use domain name

23  www.supercrete.com.

24  **On all Claims for Relief**

25      1.    For reasonable attorneys' fees;

26      2.    For costs of suit incurred herein;

27      3.    For interest thereon;

28      4.    For corrective advertising; and

5.    For such other and further relief as the Court deems just and proper.

Dated: March 17, 2010

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome

By:_____
            EUGENE ROME
Attorneys for Plaintiff SUPER-KRETE
INTERNATIONAL. INC.

## **DEMAND FOR JURY TRIAL**

Plaintiff SUPER-KRETE INTERNATIONAL, INC., hereby requests a trial by jury on all issues triable by a jury.

Dated: March 17, 2010

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome

By:_____
            EUGENE ROME
Attorneys for Plaintiff SUPER-KRETE
INTERNATIONAL. INC.

# EXHIBIT "A"



Show Detailed View

Guest! Login/Join

**DomainTools**                    Google                         Search

Buy Domains
Learn More
History Details
Get Notified
Trademark Monitor
Search Names

Ads by Google

**Countertop Contractors**

Enter Your Zip Code & Connect To Countertop Pros. Get Free Estimates
www.ServiceMagic.com

**Concrete Floor Photos**

Colorful concrete floor ideas, project tips & local contractors.
www.concrete-floors.org

**Concrete Floor Coatings**

Epoxy & Urethane Flooring Experts. Commercial & Industrial. Call Now.
RedRhinoFlooring.com

**Stamped Concrete Prices**

See List of Stamped Concrete Pros. Find Stamped Concrete By Zip Code.
StampedConcrete.iCastle.com

**$2500 House Bolting**

Strengthen Your Home For Earthquake Free Inspection & Estimate
www.retrofittingcalifornia.com

### SuperCrete.com Whois Record

Ads by Google

**$3,395 Replaster Special**

Most Jobs Completed Within a Week Serving LA for 20+ Yrs
www.CrystalPoolSpa.com

**Deck Coats/Waterproofing**

Decorative Coatings, Waerproofing, & Pool Deck Repairs
www.ausdecking.com

**Here's what we know about supercrete.com:**

"Concrete Solutions, Inc." owns about **27** other domains **View these domains >**

rod@concretesolutions.com  is a contact on the whois record of **10** domains

**1 registrar** has maintained records for this domain since **1999-03-17**

This domain has **changed name servers 2 times** over **6** years.

Hosted on **2 IP addresses** over **5** years.

**View 22 ownership records** archived **since 2001-04-25** .

Wiki article on Supercrete.com

**3 other web sites** are hosted on this server.

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  **Find out more >**

Registrant:
Concrete Solutions, Inc.
3904 Riley Street
San Diego, CA 92111
US

Domain Name: SUPERCRETE.COM

Administrative Contact, Technical Contact:
    Concrete Solutions, Inc.               rod@concretesolutions.com
    3904 Riley Street
    San Diego, CA 92110
    US
    999 999 9999 fax: 999 999 9999

Record expires on 17-Mar-2017.
Record created on 17-Mar-1999.

Domain servers in listed order:

NS87.WORLDNIC.COM          205.178.190.44
NS88.WORLDNIC.COM          205.178.144.44

**Thumbnail:**               **2010-02-03**





This view loads fast, helps you focus on key metrics and quickly access exclusive DomainTools services.
**Show detailed view**

GRAB YOUR .DE DOMAIN FOR ONLY 4EUR / $6.00

EXHIBIT "B"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 16 04:02:31 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:        **Record 1 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status |
|---|---|---|---|

*( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **SUPER-CRETE** |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: concrete additives and concrete admixtures for concrete renovation, resurfacing and redecorating. FIRST USE: 19610301. FIRST USE IN COMMERCE: 19660000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75808281 |
| **Filing Date** | September 24, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 16, 2000 |
| **Registration Number** | 2375309 |
| **Registration Date** | August 8, 2000 |
| **Owner** | (REGISTRANT) HOLWITZ, JOHN L. INDIVIDUAL UNITED STATES 3228 Via Las Faldas Jamul CALIFORNIA 91935 |
| | (LAST LISTED OWNER) SUPER-KRETE INTERNATIONAL, INC. CORPORATION 1290 NORTH JOHNSON AVE,STE 101 EL CAJON CALIFORNIA 92020 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Barry F. Soalt |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Affidavit Text**     SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 16 04:02:31 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout　Please logout when you are done to release system resources allocated for you.

Start　List At:　　　　OR　Jump　to record:　　　**Record 8 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |
|---|---|---|---|---|

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **SUPER-KRETE** |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: CONCRETE ADDITIVES AND ADMIXTURES FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19890000 |
| | IC 002. US 006 011 016. G & S: CONCRETE SEALER COATINGS, SURFACE COATINGS, COLOR STAINS, PAINTS AND CURING AGENTS FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19890000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75807665 |
| **Filing Date** | September 24, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 23, 2000 |
| **Registration Number** | 2377606 |
| **Registration Date** | August 15, 2000 |
| **Owner** | (REGISTRANT) HOLWITZ, JOHN L. INDIVIDUAL UNITED STATES 3228 Via Las Faldas Jamul CALIFORNIA 91935 |
| | (LAST LISTED OWNER) **Super-Krete** International, Inc. CORPORATION CALIFORNIA 1290 North Johnson Avenue, Suite 101 El Cajon CALIFORNIA 92020 |
| **Assignment** | |

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Barry F. Soalt |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 17 04:02:27 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At: [          ] OR | Jump | to record: [          ] **Record 6 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | **SUPER-KRETE** PRODUCTS |
|---|---|
| Goods and Services | IC 001. US 001 005 006 010 026 046. G & S: CONCRETE ADDITIVES AND ADMIXTURES FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19960528. FIRST USE IN COMMERCE: 19960528

IC 002. US 006 011 016. G & S: CONCRETE SEALER COATINGS, SURFACE COATINGS, COLOR STAINS, PAINTS AND CURING AGENTS FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19960528. FIRST USE IN COMMERCE: 19960528 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 07.11.07 - Highways with lines or dividers; intersections (roads) with lines or dividers; Roads with lines or dividers; Streets with lines or dividers
18.05.09 - Backhoes; Bulldozers; Cement mixers, vehicle; Cranes, hoisting; Excavators (construction vehicles); Mixers, cement; Road Rollers
26.03.21 - Ovals that are completely or partially shaded |
| Serial Number | 75808527 |
| Filing Date | September 24, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | May 23, 2000 |

| | |
|---|---|
| **Registration Number** | 2589070 |
| **Registration Date** | July 2, 2002 |
| **Owner** | (REGISTRANT) HOLWITZ, JOHN L. INDIVIDUAL UNITED STATES 3228 Via Las Faldas Jamul CALIFORNIA 91935 |
| | (LAST LISTED OWNER) **Super-Krete** International, Inc. CORPORATION CALIFORNIA 1290 North Johnson Avenue, Suite 101 El Cajon CALIFORNIA 92020 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BARRY F. SOALT |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRODUCTS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of the stylized words "**Super-Krete** Products" overlaid on a fanciful triangular design. The stippling in the drawing is for shading purposes only. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT "C"



ASSIGNMENT OF REGISTERED TRADEMARK NAME

This Assignment is made this _14th_ day of _April_,
1995, by and between LOREN EUGENE HALE of Tulsa, Oklahoma, herein
called "Grantor" and JOHN L. HOLWITZ, herein called "Grantee";

W I T N E S S E T H:

That for and in consideration of the sum of Ten Dollars and
other good and valuable consideration, the receipt of which is
hereby acknowledged, Grantor does by these presents, grant,
bargain, sell, convey, quit-claim and assign unto Grantee, his
heirs, legatees, devisees, personal representatives, successors
and assigns, to take the entire ownership, rights and title, all
of the following:

All of the Grantor's right, title and interest, whatever
interest that may be (if any), in and to the trademark name of
"SUPER-CRETE" registered to Grantor's deceased father, LOREN
HALE, under Federal Registration No. 1102127.

TO HAVE AND TO HOLD the same, together with all and singular
the uses, marketability and other emoluments thereto belonging or
in anywise appertaining forever.

This Assignment is made without warranty, express or implied
by the Grantor without recourse against him, but there is,
however, assigned unto Grantee all of the right, title and
interest of Grantor in and to any and all warranties and
covenants of or concerning title heretofore made by any person or
other legal entity with respect to the above described trademark
name, and Grantee shall have the same rights with respect to such
warranties and covenants and the enforcement thereof as Grantor
now has.

IN WITNESS the Grantor has executed this Assignment the day
set forth above.

_Loren Eugene Hale_
LOREN EUGENE HALE

STATE OF OKLAHOMA  )
                   ) ss.
COUNTY OF TULSA    )

Before me, the undersigned, a Notary Public, in and for said
County and State, on this _14_ day of _April_, 1995,
personally appeared LOREN EUGENE HALE, to me known to be the
identical person who executed the within and foregoing instrument
and acknowledged to me that he executed the same as his free and
voluntary act and deed for uses and purposes therein set forth.

Given under my hand and seal the day and year last above
written.

_John B. Deason_
NOTARY PUBLIC

My Commission Expires:

_December 17, 1996_

John L. Holwitz                    Loren Eugene Hale
3228 Via Las Faldas                7301 E. 66th Street
Jamul, CA  92035                   Tulsa, OK  74133
Tel. No. (619)669-7661            Tel. No. (918)252-4385
         (800)995-1716            Fax: (918)254-6047
Fax: (619)669-1202

TRADEMARK
RECORDED 07/17/1995          REEL: 1371 FRAME: 0761

# EXHIBIT "D"



# Super-Krete

## Products

### "Surfacing Systems of the Future, Today"

## SUPER-CRETE® II

# READY-MIX

• Add Water Only •

A concrete renovation and resurfacing product that can
be applied as thin as 1/32" to any depth over cracked
and deteriorated concrete surfaces.

## • Net Weight 50 lbs. (22.7 kg.) •

Manufactured by:
Super-Krete® Technologies & Manufacturing
Jamul, CA 91935 • (800) 995-1716



# SUPER - CRETE

**USES:**

The uses of Super-Crete are virtually unlimited. Super-Crete can be used to patch, regrade, relevel or resurface old or new damaged concrete. Pigment can be added for color.

Designs and textures can be achieved using regular cement-type tools.

**Super-Crete Repairs:**

Driveways                    Pool Decks
Stucco                       Drywall
Decks                        Stairs

Super-Crete will adhere permanently to almost any surface. Please note that the product must be applied directly over area to be coated and all other coatings must be removed from the original surface.

**Disclaimer:**

Manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. User shall determine the suitability of the product for his intended use and assume all risk and liability in connection therewith.

(pre-mixed)

Concrete Repair

&

Resurfacing Product



Super - Crete is Asbestos Free

10143 Prospect Avenue
Santee, CA 92071
(619) 448-6320
(619) 448-7551 FAX
(800) 451-8976 in California

**MIXING INSTRUCTIONS:**

Simply add water to desired consistency and apply by using brush, trowel, or squeegee, etc. Clean tools immediately, after use, with water.

**APPLICATION:**

Be sure surface to be coated is clean. Large areas may be cleaned using one part muratic acid to five parts clean water. Apply acid over area to be cleaned. Allow to sit for approximately 15 minutes and scrub area with clean water. Pre-dampen surface to be repaired with clean water. A light spray of water is sufficient to insure a tight bond.

**NOTICE:**

Since this product is used under conditions beyond the control of the Manufacturer, neither seller nor the Manufacturer can assume any liability for results obtained or damages incurred in excess of the purchase price.

# EXHIBIT "E"

# EXHIBIT "F"



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV10- 1966 MMM (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

**[X] Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

**[ ] Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

**[ ] Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Eugene Rome (SBN 232780)
E-mail: erome@romeandassociates.com
Rome & Associates, A.P.C.
1801 Century Park East, Suite 475
Los Angeles, CA 90067
Telephone: (310) 282-0690 / Fax: (310) 282-0691

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER-KRETE INTERNATIONAL, INC., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>ROD SADLEIR, an individual, and CONCRETE SOLUTIONS, INC., a California corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10 1966 MMM (AGRx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): ROD SADLEIR, an individual, and CONCRETE SOLUTIONS, INC., a California corporation

A lawsuit has been filed against you.

COPY

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Eugene Rome _____, whose address is 1801 Century Park East, Suite 475, Los Angeles, CA 90067 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

MAR 18 2010

Dated: _____

By: _____
CHRISTOPHER POWERS
Deputy Clerk

*(Seal of the Court)*

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SUPER-KRETE INTERNATIONAL, INC., a California corporation

**DEFENDANTS**
ROD SADLEIR, an individual, and CONCRETE SOLUTIONS, INC., a California corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Eugene Rome (SBN 232780), Rome & Associates, A.P.C., 1801 Century Park East, Suite 475, LA, CA 90067, Telephone: (310) 282-0690
Facsimile: (310) 282-0691, Email: erome@romeandassociates.com

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** in excess of $100,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §1114; 15 U.S.C. §1125(d) – trademark infringement and cybersquatting

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10 1966

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

COPY

UNITED STATE. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:**  Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | San Diego County, California |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | San Diego County, California |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _____   Date  March 17, 2010

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |