**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN 232780)
erome@romeandassociates.com
1801 Century Park East, Suite 475
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Plaintiff SUPER-KRETE
INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUPER-KRETE INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROD SADLEIR, an individual, and CONCRETE SOLUTIONS, INC., a California corporation,<br><br>Defendants. | CASE NO.: CV10-1966 MMM (AGRx)<br><br>**DECLARATION OF TRACEY HOLWITZ IN SUPPORT OF *EX PARTE* APPLICATION FOR OSC AND TRO TO PREVENT TRANSFER OF THE DOMAIN NAME &lt;SUPERCRETE.COM&gt; BY DEFENDANTS** |

ORIGINAL

1

## DECLARATION OF TRACEY HOLWITZ

I, Tracey Holwitz, hereby declare:

1.     I am the President of Plaintiff Super-Krete International, Inc. ("Super-Krete"). I make this declaration on personal knowledge and, if sworn as a witness, could competently testify to each of the facts set forth herein, except as to the matters stated upon information and belief, and as to such matters I believe them to be true.

2.     I submit this declaration in support of Plaintiff's *Ex Parte* Application for OSC and TRO to Prevent Transfer of the Domain Name <supercrete.com> by Defendants.

3.     Super-Krete is a California company, specializing in sale of products, including cementitious, ready-mix materials, paints, overlays, water based color stains and sealer, for the repair and restoration of existing concrete.  The company was originally founded in the early 1980s by John Holwitz, under a different name, and has since flourished into the Super-Krete of today, marketing and selling superior products and services worldwide in North America, Asia, Europe, Australia as well as the Pacific and Caribbean Islands.

4.     Super-Krete owns federal trademark registrations for the marks "Super-Crete," "Super-Krete," and "Super-Krete Products" and Design, United States Trademark Registration Nos. 2,375,309, 2,377,606 and 2,589,070, used in connection with the marketing and sale of various products, including concrete additives and admixtures for concrete renovation, resurfacing and decorating; and concrete sealer coatings, surface coatings, color stains, paints and curing agents for concrete renovation, resurfacing and redecorating (collectively, the "Super-Krete Marks").  True and correct copies thereof are attached as Exhibit "A," hereto. Super-Krete has used the Super-Krete Marks in commerce as early as 1985.

5.     With respect to the "Super-Crete" mark, Super-Krete's principal, John

1  L. Holwitz, obtained the registered trademark for the term "Super-Crete" on April
2  14, 1995, through an assignment from its previous holder, Loren Hale, which rights
3  Super-Krete has continuously exploited to date.  A true and correct copy thereof is
4  attached as Exhibit "B" hereto.

5        6.   A true and correct copy of Super-Krete's product labels bearing the
6  Super Crete designation is attached as Exhibit "C" hereto.

7        7.   Super-Krete has spent a substantial amount of time, money and
8  resources to promote, advertise and protect its respective marks and has developed
9  valuable goodwill and an outstanding reputation in the Super-Krete Marks.

10        8.   Super-Krete promotes its products under the Super-Krete Marks in its
11  promotional literature, at trade shows and on its website.  Notably, a number of
12  other domain names owned and operated by Super-Krete corresponding to the
13  Super-Krete Marks, including the domains <super-crete.com>, <super-krete.com>,
14  <supercrete.ca> and <super-crete.ca> all "point" to the website.  A true and correct
15  copy of the www.super-krete.com home page (printed March 11, 2010) is attached
16  as Exhibit "D" hereto.

17        9.   I am informed that Sadleir, became acquainted with Super-Krete's
18  founder, John Holwitz, in the early 1980's, while Sadleir was operating J&S Asphalt
19  Paving Sealing and Stripping Company.  This limited business relationship did not
20  mature into any further dealings.   However, I know that Sadleir continued to
21  monitor the business activity of Mr. Holwitz and Super-Krete. Indeed, Super-Krete
22  and Concrete Solutions are located less than seventeen (17) miles away from each
23  other and are actively competing in the concrete sealant market both locally,
24  nationally and internationally.   Consequently, when Super-Krete developed the
25  current version of its sealing products and began marketing them under the name
26  "Super-Crete" in 1985, I believe Sadleir was aware of the product line and the
27  marketing activity.

28

**DECLARATION OF TRACY HOLWITZ IN SUPPORT OF *EX PARTE* APPLICATION FOR OSC AND TRO TO PREVENT TRANSFER OF THE DOMAIN NAME <SUPERCRETE.COM> BY DEFENDANTS**

1      10.   On or about March 17, 1999, and well after the "Super-Crete" mark

2  gained notoriety, Sadlier registered <supercrete.com> (the "Infringing Domain")

3  and pointed it to his own website, offering competing products, at

4  www.concretesolutions.com.  A true and correct copy of the concretesolutions.com

5  homepage currently appearing at theInfringing Domain is attached as Exhibit "E"

6  hereto.

7      11.   On September 23, 2007, Rod Sadlier e-mailed me and offered to sell

8  the Infringing Domain to Super-Krete for $15,000.  A true and correct copy of that

9  e-mail is attached as Exhibit "F" hereto.

10     This declaration was executed on April 12, 2010 at San Diego, California.

11     I declare under penalty of perjury under the laws of the State of California

12  and of the United States of America that the foregoing is true and correct.

13

14

15                         Tracey Holwitz

16

17

18

19

20

21

22

23

24

25

26

27

28

*EX PARTE* **APPLICATION FOR OSC AND TRO TO PREVENT TRANSFER OF THE**
**DOMAIN NAME <SUPERCRETE.COM> BY DEFENDANTS**

# EXHIBIT A



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 16 04:02:31 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | | CURR LIST |

| | | | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:        **Record 1 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

*Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **SUPER-CRETE** |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: concrete additives and concrete admixtures for concrete renovation, resurfacing and redecorating. FIRST USE: 19610301. FIRST USE IN COMMERCE: 19660000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75808281 |
| **Filing Date** | September 24, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 16, 2000 |
| **Registration Number** | 2375309 |
| **Registration Date** | August 8, 2000 |
| **Owner** | (REGISTRANT) HOLWITZ, JOHN L. INDIVIDUAL UNITED STATES 3228 Via Las Faldas Jamul CALIFORNIA 91935 |
| | (LAST LISTED OWNER) SUPER-KRETE INTERNATIONAL, INC. CORPORATION 1290 NORTH JOHNSON AVE,STE 101 EL CAJON CALIFORNIA 92020 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Barry F. Soalt |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 16 04:02:31 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start  List At:          OR   Jump  to record:          **Record 8 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **SUPER-KRETE** |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: CONCRETE ADDITIVES AND ADMIXTURES FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19890000 |
| | IC 002. US 006 011 016. G & S: CONCRETE SEALER COATINGS, SURFACE COATINGS, COLOR STAINS, PAINTS AND CURING AGENTS FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19890000. FIRST USE IN COMMERCE: 19890000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75807665 |
| **Filing Date** | September 24, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 23, 2000 |
| **Registration Number** | 2377606 |
| **Registration Date** | August 15, 2000 |
| **Owner** | (REGISTRANT) HOLWITZ, JOHN L. INDIVIDUAL UNITED STATES 3228 Via Las Faldas Jamul CALIFORNIA 91935 |
| | (LAST LISTED OWNER) **Super-Krete** International, Inc. CORPORATION CALIFORNIA 1290 North Johnson Avenue, Suite 101 El Cajon CALIFORNIA 92020 |
| **Assignment** | |

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Barry F. Soalt |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 17 04:02:27 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP | | CURR LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [      ] OR **Jump** to record: [      ] **Record 6 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **SUPER-KRETE** PRODUCTS |
| **Goods and Services** | IC 001. US 001 005 006 010 026 046. G & S: CONCRETE ADDITIVES AND ADMIXTURES FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19960528. FIRST USE IN COMMERCE: 19960528

IC 002. US 006 011 016. G & S: CONCRETE SEALER COATINGS, SURFACE COATINGS, COLOR STAINS, PAINTS AND CURING AGENTS FOR CONCRETE RENOVATION, RESURFACING AND DECORATING. FIRST USE: 19960528. FIRST USE IN COMMERCE: 19960528 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.11.07 - Highways with lines or dividers; intersections (roads) with lines or dividers; Roads with lines or dividers; Streets with lines or dividers
18.05.09 - Backhoes; Bulldozers; Cement mixers, vehicle; Cranes, hoisting; Excavators (construction vehicles); Mixers, cement; Road Rollers
26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 75808527 |
| **Filing Date** | September 24, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 23, 2000 |

| | |
|---|---|
| **Registration Number** | 2589070 |
| **Registration Date** | July 2, 2002 |
| **Owner** | (REGISTRANT) HOLWITZ, JOHN L. INDIVIDUAL UNITED STATES 3228 Via Las Faldas Jamul CALIFORNIA 91935 |
| | (LAST LISTED OWNER) **Super-Krete** International, Inc. CORPORATION CALIFORNIA 1290 North Johnson Avenue, Suite 101 El Cajon CALIFORNIA 92020 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BARRY F. SOALT |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRODUCTS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of the stylized words **"Super-Krete** Products" overlaid on a fanciful triangular design. The stippling in the drawing is for shading purposes only. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP | | CURR LIST
BOTTOM | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

# EXHIBIT B



ASSIGNMENT OF REGISTERED TRADEMARK NAME

This Assignment is made this _14th_ day of _April_,
1995, by and between LOREN EUGENE HALE of Tulsa, Oklahoma, herein
called "Grantor" and JOHN L. HOLWITZ, herein called "Grantee";

W I T N E S S E T H:

That for and in consideration of the sum of Ten Dollars and
other good and valuable consideration, the receipt of which is
hereby acknowledged, Grantor does by these presents, grant,
bargain, sell, convey, quit-claim and assign unto Grantee, his
heirs, legatees, devisees, personal representatives, successors
and assigns, to take the entire ownership, rights and title, all
of the following:

All of the Grantor's right, title and interest, whatever
interest that may be (if any), in and to the trademark name of
"SUPER-CRETE" registered to Grantor's deceased father, LOREN
HALE, under Federal Registration No. 1102137.

TO HAVE AND TO HOLD the same, together with all and singular
the uses, marketability and other emoluments thereto belonging or
in anywise appertaining forever.

This Assignment is made without warranty, express or implied
by the Grantor without recourse against him, but there is,
however, assigned unto Grantee all of the right, title and
interest of Grantor in and to any and all warranties and
covenants of or concerning title heretofore made by any person or
other legal entity with respect to the above described trademark
name, and Grantee shall have the same rights with respect to such
warranties and covenants and the enforcement thereof as Grantor
now has.

IN WITNESS the Grantor has executed this Assignment the day
set forth above.

                              _Loren Eugene Hale_
                              LOREN EUGENE HALE


STATE OF OKLAHOMA  )
                   ) ss.
COUNTY OF TULSA    )

Before me, the undersigned, a Notary Public, in and for said
County and State, on this _14_ day of _April_, 1995,
personally appeared LOREN EUGENE HALE, to me known to be the
identical person who executed the within and foregoing instrument
and acknowledged to me that he executed the same as his free and
voluntary act and deed for uses and purposes therein set forth.

Given under my hand and seal the day and year last above
written.

                              _John B. Nelson_
                              NOTARY PUBLIC


My Commission Expires:

_December 13, 1996_

John L. Holwitz                    Loren Eugene Hale
3228 Via Las Faldas                7301 E. 66th Street
Jamul, CA  92035                   Tulsa, OK  74133
Tel. No. (619)669-7661             Tel. No. (918)252-4385
         (800)995-1716             Fax: (918)254-8647
Fax: (619)669-1202

                              TRADEMARK
RECORDED: 07/17/1995          REEL: 1371 FRAME: 0761

# EXHIBIT C



# SUPER - CRETE

## USES:

The uses of Super-Crete are virtually unlimited. Super-Crete can be used to patch, regrade, relevel or resurface old or new damaged concrete. Pigment can be added for color.

Designs and textures can be achieved using regular cement-type tools.

Super - Crete Repairs:

Driveways · · · · · · · · · · Pool Decks
Stucco · · · · · · · · · · · · · Drywall
Decks · · · · · · · · · · · · · · Stairs

Super - Crete will adhere permanently to almost any surface. Please note that the product must be applied directly over area to be coated and all other coatings must be removed from the original surface.

## Disclaimer:

Manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. User shall determine the suitability of the product for his intended use and assume all risk and liability in connection therewith.

(pre-mixed)

Concrete Repair

&

Resurfacing Product



Super - Crete is Asbestos Free

10143 Prospect Avenue
Santee, CA 92071
(619) 448-6320
(619) 448-7551 FAX
(800) 451-8970 in California

## MIXING INSTRUCTIONS:

Simply add water to desired consistency and apply by using brush, trowel, or squeegee, etc. Clean tools immediately, after use, with water.

## APPLICATION:

Be sure surface to be coated is clean. Large areas may be cleaned using one part muriatic acid to five parts clean water. Apply acid over area to be cleaned. Allow to sit for approximately 15 minutes and scrub area with clean water. Pre-dampen surface to be repaired with clean water. A light spray of water is sufficient to insure a tight bond.

## NOTICE:

Since this product is used under conditions beyond the control of the Manufacturer, neither seller nor the Manufacturer can assume any liability for results obtained or damages incurred in excess of the purchase price.

# EXHIBIT E



# EXHIBIT F

-----Original Message-----
From: Rod [mailto:rod@concretesolutions.com]
Sent: Tuesday, September 25, 2007 4:42 AM
To: Tracey Holwitz
Subject: RE: [Fwd: Attn: Rod]

Hello again Tracey,
I have been too busy to check the legality of using supercrete.com When we acquired this domain name, we
will hold onto the domain name, but as I stated I am willing to let it go for $15,000. Best Regards, -